**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-62617-CIV-ALTMAN**

UNITED STATES OF AMERICA
ex rel. MARISELA CARMEN MEDRANO
and ADA LOPEZ,

    Plaintiffs,

v.

DIABETIC CARE RX, LLC, d/b/a
PATIENT CARE AMERICA;
RIORDAN, LEWIS & HADEN, INC.;
PATRICK SMITH; and
MATTHEW SMITH,

    Defendants.
_____/

**JOINT NOTICE OF POTENTIAL SETTLEMENT AS TO MATTHEW SMITH**

    Plaintiff the United States of America and Defendant Matthew Smith, through their counsel, hereby inform the Court that the United States and Matthew Smith have reached a potential settlement that the undersigned counsel for the United States are prepared to recommend for approval by the appropriate officials at the Department of Justice. Subject to such approval and the negotiation and execution of settlement agreement, the United States anticipates that the process may be completed in the near future. The process of obtaining that authorization is underway and the United States expects it to be completed in the near future.

    Respectfully submitted this 28th day of June, 2019.

                                      JOSEPH H. HUNT
                                      Assistant Attorney General
                                      Civil Division

                                      ARIANA FAJARDO ORSHAN
                                      United States Attorney
                                      Southern District of Florida

        SUSAN TORRES (Florida Bar No. 133590)
        Attorney E-mail Address: Susan.Torres@usdoj.gov
        Assistant United States Attorney
        99 N.E. 4th Street
        Miami, Florida 33132
        Telephone: (305) 961-9331

By: *Nicholas C. Perros*
  MICHAEL D. GRANSTON
  JAMIE ANN YAVELBERG
  HOLLY H. SNOW
  NICHOLAS C. PERROS
  Attorney E-mail Address: Nicholas.C.Perros@usdoj.gov
  Attorneys, Civil Division
  U.S. Department of Justice
  P.O. Box 261
  Ben Franklin Station
  Washington, DC 20044
  Telephone: (202) 616-2879

  Attorneys for the United States

  s/ *Ryan K. Stumphauzer*
  Ryan K. Stumphauzer (Fla. Bar No. 12176)
  Erica L. Perdomo (Fla. Bar No. 105466)
  rstumphauzer@sfslaw.com
  Stumphauzer Foslid Sloman Ross & Kolaya, PLLC
  Two South Biscayne Boulevard, Suite 2550
  Miami, FL 33131
  (305) 371-9686

  Attorneys for Defendant Matthew Smith