UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62617-CIV-ALTMAN

UNITED STATES OF AMERICA
ex rel. MARISELA CARMEN MEDRANO
and ADA LOPEZ,

    Plaintiffs,

v.

DIABETIC CARE RX, LLC, d/b/a
PATIENT CARE AMERICA;
RIORDAN, LEWIS & HADEN, INC.;
PATRICK SMITH; and
MATTHEW SMITH,

    Defendants.
_____/

**JOINT MOTION TO CONTINUE HEARING ON DEFENDANT MATTHEW SMITH'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT IN INTERVENTION**

    Plaintiff the United States of America and Defendant Matthew Smith, through their counsel, hereby request that the Court continue the hearing on Matthew Smith's Motion to Dismiss the First Amended Complaint in Intervention, scheduled for Monday, July 1, at 3:00 P.M., for thirty (30) days to allow time for the potential resolution of the matter as between the United States and Matthew Smith as described in the Joint Notice of Potential Settlement Agreement as to Matthew Smith.  [D.E. 174.]

    Respectfully submitted this 28th day of June, 2019.

                  JOSEPH H. HUNT
                  Assistant Attorney General
                  Civil Division

                  ARIANA FAJARDO ORSHAN
                  United States Attorney
                  Southern District of Florida

        SUSAN TORRES (Florida Bar No. 133590)
        Attorney E-mail Address: Susan.Torres@usdoj.gov
        Assistant United States Attorney
        99 N.E. 4th Street
        Miami, Florida  33132
        Telephone: (305) 961-9331

By: *Nicholas C. Perros*
        MICHAEL D. GRANSTON
        JAMIE ANN YAVELBERG
        HOLLY H. SNOW
        NICHOLAS C. PERROS
        Attorney E-mail Address:  Nicholas.C.Perros@usdoj.gov
        Attorneys, Civil Division
        U.S. Department of Justice
        P.O. Box 261
        Ben Franklin Station
        Washington, DC 20044
        Telephone: (202) 616-2879

        Attorneys for the United States

        s/ *Ryan K. Stumphauzer*
        Ryan K. Stumphauzer (Fla. Bar. No. 12176)
        Erica L. Perdomo (Fla. Bar No. 105466)
        rstumphauzer@sfslaw.com
        Stumphauzer Foslid Sloman Ross & Kolaya, PLLC
        Two South Biscayne Boulevard, Suite 2550
        Miami, FL 33131
        (305) 371-9686

        Attorneys for Defendant Matthew Smith