UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62617-CIV-ALTMAN/Hunt

UNITED STATES OF AMERICA
EX REL. MARISELA CARMEN MEDRANO
AND ADA LOPEZ,

    PLAINTIFFS,

v.

DIABETIC CARE RX, LLC, D/B/A
PATIENT CARE AMERICA;
RIORDAN, LEWIS & HADEN, INC.;
PATRICK SMITH; AND
MATTHEW SMITH,

    DEFENDANTS.
_____/

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with terms and conditions of the September 18, 2019, Settlement Agreement among the United States of America ("United States"), Relators Marisela Carmen Medrano and Ada Lopez ("Relators"), Defendant Diabetic Care Rx, LLC, d/b/a/ Patient Care America ("PCA"), Defendant Riordan, Lewis & Haden, Inc. ("RLH"), and Defendant Patrick Smith (attached as Exhibit 1), and the September 18, 2019, Settlement Agreement among the United States, Relators, and Defendant Matthew Smith (attached as Exhibit 2), the Parties hereby stipulate, through their undersigned counsel, to the entry of an order (1) dismissing with prejudice all claims that the United States has brought against the Defendants in this action, as set forth in the United States' First Amended

Complaint in Intervention, subject to the terms and conditions of the Settlement Agreements; and (2) dismissing with prejudice all claims by the Relators in this case, except for the Relators' claims to a share of the settlement proceeds under 31 U.S.C. § 3730(d)(1).

The Parties agree that the United States District Court for the Southern District of Florida shall have continuing jurisdiction to conduct all necessary proceedings in this action, including enforcement of the Settlement Agreements and issuing an order to determine the Relators' share of the settlement proceeds.

The Relators stipulate that the proposed settlements with all the Defendants are fair, adequate, and reasonable under all the circumstances, and the Relators will not object to the settlements pursuant to 31 U.S.C. § 3730(c)(2)(B). The Relators expressly waive the opportunity for a hearing on any objection to the settlements with the Defendants under 31 U.S.C. § 3730(b)(2)(B).

The Parties respectfully request that the Court enter an order in the form of the attached, proposed order.

Dated: October 1, 2019 Respectfully submitted,

By: *Gerald E. Greenberg*
GERALD E. GREENBERG
Fla. Bar. No. 440094
GELBER SCHACHTER &
GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
Email: ggreenberg@gsgpa.com

*Counsel for Defendant Diabetic Care Rx, LLC, d/b/a Patient Care America*

By: *Stephanie A. Casey*
STEPHANIE A. CASEY
Fla. Bar No. 97483
COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, PH
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
Email: scasey@colson.com

*Counsel for Defendant Riordan, Lewis & Haden, Inc.*

By: *Daniel S. Fridman*
DANIEL S. FRIDMAN
Fla. Bar No. 176478
WHITE & CASE LLP
Southeast Financial Ctr., Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: dfridman@whitecase.com

*Counsel for Defendant Patrick Smith*

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

SUSAN TORRES
Assistant United States Attorney
Fla. Bar. No. 133590
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (305) 961-9331
Facsimile: (305) 530-7139
Email: Susan.Torres@usdoj.gov

By: *Holly H. Snow*
MICHAEL D. GRANSTON
JAMIE ANN YAVELBERG
HOLLY H. SNOW
NICHOLAS C. PERROS
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-2879
Email: Holly.H.Snow@usdoj.gov

*Counsel for the United States*

By: *Steven F. Grover*
STEVEN F. GROVER, P.A.
507 SE 11th Ct.
Fort Lauderdale, FL 33316
Telephone: (954) 290-8826
Email: stevenfgrover@gmail.com

*Counsel for Relators*

By: *Ryan K. Stumphauzer*
RYAN K. STUMPHAUZER
Fla. Bar No. 0012176
Stumphauzer & Sloman, PLLC
SunTrust International Center
One SE 3rd Avenue, Suite 1820
Miami, Florida 33131
Telephone:  (305) 371-9686
Facsimile:  (305) 371-9687
Email: rstumphauzer@sslawyers.com

*Counsel for Defendant Matthew Smith*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was served this 1st day of October, 2019 via CM/ECF.

*Holly H. Snow*
Holly H. Snow