# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 15-62617-CIV-ALTMAN/Hunt

UNITED STATES OF AMERICA
EX REL. MARISELA CARMEN MEDRANO
AND ADA LOPEZ,

    PLAINTIFFS,

v.

DIABETIC CARE RX, LLC, D/B/A
PATIENT CARE AMERICA;
RIORDAN, LEWIS & HADEN, INC.;
PATRICK SMITH; AND
MATTHEW SMITH,

    DEFENDANTS.
_____/

## JOINT NOTICE REGARDING STATUS OF SETTLEMENT

Plaintiff United States of America ("United States"), Relators Marisela Carmen Medrano and Ada Lopez ("Relators"), Defendant Diabetic Care Rx, LLC, d/b/a/ Patient Care America ("PCA"), Defendant Riordan, Lewis & Haden, Inc. ("RLH"), Defendant Patrick Smith, and Defendant Matthew Smith respectfully submit this joint notice regarding the status of settlement of this case.

On September 18, 2019, the United States, Relators, and Defendants executed settlement agreements that resolved all the claims in this action, except for the Relators' claims for a share of the settlement proceeds under 31 U.S.C. § 3730(d)(1). On September 20, 2019, the Parties filed a Joint Stipulation of Dismissal of the claims in this case, except for the Relators' claims for a share of the settlement proceeds. In accordance with the Court's September 23, 2019,

Order, the Parties refiled their Stipulation of Dismissal with copies of the settlement agreements on October 1, 2019.

Department of Justice officials have now authorized the resolution of the Relators' claims for a share of the settlement proceeds under Section 3730(d)(1). Counsel for the United States and the Relators expect the Relators' share agreement to be finalized and executed within the next two weeks.

Dated: October 1, 2019     Respectfully submitted,

By:   *Gerald E. Greenberg*
GERALD E. GREENBERG
Fla. Bar. No. 440094
GELBER SCHACHTER &
GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
Email: ggreenberg@gsgpa.com

*Counsel for Defendant Diabetic Care Rx, LLC, d/b/a Patient Care America*

By:   *Stephanie A. Casey*
STEPHANIE A. CASEY
Fla. Bar No. 97483
COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, PH
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
Email: scasey@colson.com

*Counsel for Defendant Riordan, Lewis & Haden, Inc.*

By:   *Daniel S. Fridman*
DANIEL S. FRIDMAN
Fla. Bar No. 176478
WHITE & CASE LLP
Southeast Financial Ctr., Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: dfridman@whitecase.com

*Counsel for Defendant Patrick Smith*

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

SUSAN TORRES
Assistant United States Attorney
Fla. Bar. No. 133590
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (305) 961-9331
Facsimile: (305) 530-7139
Email: Susan.Torres@usdoj.gov

By:   *Holly H. Snow*
MICHAEL D. GRANSTON
JAMIE ANN YAVELBERG
HOLLY H. SNOW
NICHOLAS C. PERROS
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-2879
Email: Holly.H.Snow@usdoj.gov

*Counsel for the United States*

By:   *Steven F. Grover*
STEVEN F. GROVER, P.A.
507 SE 11th Ct.
Fort Lauderdale, FL 33316
Telephone: (954) 290-8826
Email: stevenfgrover@gmail.com

*Counsel for Relators*

By: *Ryan K. Stumphauzer*
RYAN K. STUMPHAUZER
Fla. Bar No. 0012176
Stumphauzer & Sloman, PLLC
SunTrust International Center
One SE 3rd Avenue, Suite 1820
Miami, Florida 33131
Telephone: (305) 371-9686
Facsimile: (305) 371-9687
Email: rstumphauzer@sslawyers.com

*Counsel for Defendant Matthew Smith*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was served this 1st day of October, 2019 via CM/ECF.

                                        *Holly H. Snow*
                                        Holly H. Snow